# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRZA FIFIC,<br><br>           Plaintiff,<br><br>    v.<br><br>HARTLEY, et al.,<br><br>           Defendants. | Case No. 1:13-cv-00885 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Mirza Fific ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on June 12, 2013. Plaintiff paid the filing fee and is not proceeding pro se.

On February 7, 2014, the Court screened his complaint and dismissed it with leave to amend. Plaintiff filed his First Amended Complaint ("FAC") on March 4, 2014.

On July 31, 2014, the Court screened Plaintiff's FAC and dismissed it with leave to amend. The Court stated that this would be Plaintiff's final opportunity to amend and instructed him to file an amended complaint within thirty (30) days.

Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise contacted the Court.[1]

---

[1] In a March 4, 2014, request for an extension of time, Plaintiff indicated that he was being released from prison in August 2014. However, Plaintiff has not filed a change of address with the Court. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1

1  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be
2 dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff shall file a response
3 to this order within thirty (30) days of the date of service.
4  <u>Failure to show cause, or failure to respond to this order, may result in dismissal of this
5 action.</u>

8  IT IS SO ORDERED.

9  Dated:   **September 12, 2014**              /s/ *Dennis L. Beck*
10                              UNITED STATES MAGISTRATE JUDGE